AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

KEVIN J. LISLE,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:09-CV-00479-RCJ-VPC**

RENE BAKER, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the amended complaint is **DISMISSED** for failure to state a claim upon which relief can be granted. Judgment is entered for the respondents.

   August 16, 2010                          **LANCE S. WILSON**
                                                    Clerk

                                         /s/ D. R. Morgan
                                             Deputy Clerk